DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW C. GREIMEL** and **JULIA ANGELETTI,**
Appellants,

v.

**PATRICIA MCGARRY,**
Appellee.

No. 4D21-1051

[February 3, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. Deluca, Judge; L.T. Case No. CONO-20-023528 (73).

Matthew C. Greimel, Hallandale Beach, pro se.

Wayne Kramer of Midler & Kramer, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***